UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:06-00212-001 |
| | ) CHIEF JUDGE HAYNES |
| | ) |
| MICHAEL WALLACE | ) |

## AGREED ORDER

The defendant, Michael Wallace, through counsel, and pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, notifies this Court that he understands and knowingly waives the right to appear, to a formal hearing, proof, testimony, and witness confrontation rights, with respect to the violation of supervised release alleged in the petition submitted to this Court on August 10, 2012 (D.E. 64). Mr. Wallace does not contest and admits the truth of Violations No. 1 and No. 2 in the petition. Based thereon, and with the agreement of the defendant, and on the joint recommendation of the parties, the Court orders as follows:

1. The Court will take this matter under advisement, defer disposition for approximately four (4) months, and hereby resets final disposition of this case for *December 16, 2012* at *10:00 a.m.*

2. Defendant shall abide by all conditions of supervised release and all previously imposed conditions remain in full force and effect.

3. Should the Court be advised by probation that the defendant has committed any further violations or has failed to comply with all conditions of supervised release, the Court may advance the above deferred disposition date and immediately set the matter for final disposition based on admissions by the defendant referenced herein.

Enter this the *16th* day of *August*, 2012.

WILLIAM J. HAYNES, JR
CHIEF JUDGE, U. S. DISTRICT COURT