IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:06-00212-1 Chief Judge Haynes |
| MICHAEL WALLACE, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The revocation hearing in this action **set for Friday, December 10, 2012 at 10:00 a.m.** is **CANCELLED**. Matters relating to Defendant's supervised release violations will be addressed at the revocation scheduled on **December 3, 2012 at 1:30 p.m.** (Docket Entry No. 71).

It is so **ORDERED**.

ENTERED this the _____ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court